No. 88–1489. WOLPERT ET UX., INDIVIDUALLY AND GUARD-IANS OF WOLPERT ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6204. BRANION *v.* GRAMLY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 88–6211. STREATER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6401. MARTIN *v.* COMMONWEALTH NATIONAL BANK ET AL. Super. Ct. Pa. Certiorari denied.

No. 88–6457. SMITH *v.* FAIRMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–6511. WRIGHT *v.* BOGAN, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6520. POLING *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 88–6527. ERICKSON *v.* ERICKSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6532. LARSON *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–6539. MALLOY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 88–6540. PRATT *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 88–6541. HENSLEY *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 88–6543. YAGOW *v.* MELROE ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6547. LEONARD *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–6548. WILSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.